UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD HALL,                          )  Case No. CV 09-7640 GHK (MRW)
aka Anthony Jackson,                  )
                                      )
                    Petitioner,       )  JUDGMENT
          vs.                         )
                                      )
G. SANDOR, Warden,                    )
                                      )
                    Respondent.       )
_____     )

   Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,

   IT IS ADJUDGED that the petition is denied and this action is dismissed
with prejudice.

DATE:   1/15/12      _____

        HON. GEORGE H. KING
        UNITED STATES DISTRICT JUDGE